COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of DOROTHY KOENDERMAN, Respondent, v. GIDEON ADCOCK, Appellant.— Order of filiation of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

VIOLA MAY CRAGEN, an Infant, by MATTHEW J. McKEON, Her Guardian ad Litem, Respondent, v. RICHARD W. CRAGEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

EDNOM SECURITIES CORPORATION, Respondent, v. ROCKAWAY CONSTRUCTION Co., INC., and Others, Defendants, Impleaded with MINNIE SCHETTINO, Appellant. — Order, in so far as it grants the motion of the plaintiff with respect to the first defense and first counterclaim alleged in appellant's answer, and strikes out the said defense and counterclaim, reversed upon the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion in said respect denied, with ten dollars costs. The allegations as to usury contained in appellant's answer under her first separate defense are sufficient to raise an issue as to the validity of the transaction in question. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm.

NOAH FELLS, Appellant, v. MARTIN KATZ and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Carswell, Scudder and Tompkins, JJ.

CHARLES E. FINCH, as Administrator, etc., of ELSIE B. FINCH, Deceased, Respondent, v. PAUL HETZEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky. P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES FISCHER, Appellant, v. HENRY L. DOHERTY, Conducting Business under the Firm Name and Style of HENRY L. DOHERTY & Co., Respondent.— Order denying motion to strike out defenses and to dismiss counterclaims affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.